## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Shirley Olson, as Trustee for the heirs and, next-of-kin of Donald Olson, deceased, | Civil No. 12-76 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Oakdale Health Enterprises, Inc., d/b/a North Memorial Ambulance, North Memorial Health Care, d/b/a North Memorial Ambulance, Department of Health and Human Services, Centers for Medicare and Medicaid Services (CMS), Medicare Secondary Payor Recovery Contractor (MSPRC), | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: January 11, 2012

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge