UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Shirley Olson, as Trustee for the Heirs
and Next-of-Kin of Donald Olson,
deceased,

        Plaintiff,

Civ. No. 12-76 (RHK/LIB)
**ORDER FOR REMAND**

v.

Oakdale Health Enterprises, Inc. *et al.*,

        Defendants.

---

     Pursuant to the parties' Joint Settlement Stipulation (Doc. No. 7), **IT IS ORDERED** that this action is **REMANDED** to the Hennepin County, Minnesota, District Court. The Clerk of the Court shall mail a certified copy of this Order to the Clerk of the Hennepin County District Court.

Dated: March 2, 2012                        s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge